**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:18-CV-113-GCM-DCK**

| | | |
|---|---|---|
| **KATHY R. DUGGER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM AND** |
| | ) | **RECOMMENDATION** |
| **NANCY A. BERRYHILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

  **THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Summary Judgment" (Document No. 10) and "Plaintiff's Memorandum In Support Of Motion For Summary Judgment" (Document No. 11) filed November 19, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. After careful consideration of the motion and memorandum and applicable authority, the undersigned will respectfully recommend that Plaintiff's "Motion For Summary Judgment" be denied without prejudice.

  It appears to the undersigned that Plaintiff's Memorandum of Law does not comply with the Court's Local Rule 7.2, referenced in this case in the September 19, 2018 Scheduling Order. The "Social Security Briefing Order" specifically identifies the information Plaintiff's Memorandum Of Law shall provide and how it is to be organized. Id. The parties' compliance with this Local Rule is important to the Court's efficient and accurate determination of these cases.

  **FOR THE FOREGOING REASONS,** the undersigned respectfully recommends that: Plaintiff's "Motion For Summary Judgment" (Document No. 10) be **DENIED WITHOUT**

**PREJUDICE**.  Plaintiff shall file a renewed motion and memorandum on or before **December 4, 2018**, that fully complies with Local Rules 7.1(d) and 7.2.

## TIME FOR OBJECTIONS

The parties are hereby advised that pursuant to 28 U.S.C. § 636(b)(1)(C), and Rule 72 of the Federal Rules of Civil Procedure, written objections to the proposed findings of fact, conclusions of law, and recommendation contained herein may be filed **within fourteen (14) days** of service of same.  Responses to objections may be filed within fourteen (14) days after service of the objections.  Fed.R.Civ.P. 72(b)(2).  Failure to file objections to this Memorandum and Recommendation with the District Court constitutes a waiver of the right to de novo review by the District Court.  Diamond v. Colonial Life, 416 F.3d 310, 315-16 (4th Cir. 2005).  Moreover, failure to file timely objections will preclude the parties from raising such objections on appeal.  Diamond, 416 F.3d at 316;  Page v. Lee, 337 F.3d 411, 416 n.3 (4th Cir. 2003);  Snyder v. Ridenhour, 889 F.2d 1363, 1365 (4th Cir. 1989);  Thomas v. Arn, 474 U.S. 140, 147-48 (1985), reh'g denied, 474 U.S. 1111 (1986).

**IT IS SO RECOMMENDED**.

Signed: November 19, 2018

David C. Keesler
United States Magistrate Judge