# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-113-GCM-DCK

| | |
|---|---|
| KATHY R. DUGGER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion For Extension Of Time" (Document No. 18) filed February 22, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and further review is appropriate. After additional consideration of the motion and the record, and noting consent of Defendant's counsel, the undersigned will <u>grant</u> the motion, with modification.

By the instant motion, Plaintiff seeks an extension of time to file a reply brief pursuant to Local Rule 7.2(e). The Court will allow the requested extension; however, to the extent Defendant requests leave to file a sur-reply, she must file a separate motion. Generally, sur-replies are disfavored by the Court and not anticipated by Local Rule 7.2(e).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion For Extension Of Time" (Document No. 18) is **GRANTED**. Plaintiff shall have up to and including **March 12, 2019** to file a Reply Brief.

**SO ORDERED**.

Signed: February 27, 2019

David C. Keesler
United States Magistrate Judge